**Registration Number**

**PAu 4-280-291**

**Effective Date of Registration:**
November 26, 2025
**Registration Decision Date:**
December 03, 2025

## Title

**Title of Work:** The fictitious Very Strong Fighter Character who grasps the opponent abdomen with a single hand and then lifts the opponent up by the abdomen up off of the ground and throws the opponent vertically into the air for a followup attack

## Completion/Publication

**Year of Completion:** 2021

## Author

- **Author:** Fraser Augustus Bushnik
  **Author Created:** audiovisual work
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Fraser Augustus Bushnik
7569 Gold Dr., Reno, NV, 89506

## Limitation of copyright claim

**Material excluded from this claim:** preexisting audiovisual elements
**New material included in claim:** all other audiovisual material

## Rights and Permissions

**Name:** Fraser Augustus Bushnik
**Email:** fraser.bushnik@gmail.com
**Telephone:** (775)530-9109
**Address:** 7569 Gold Dr.
Reno, NV 89506

## Certification

**Name:** Fraser Augustus Bushnik
**Date:** June 28, 2025

**Correspondence:** Yes