Correspondance Records



Gmail - 【株式会社カプコン】お問い合わせありがとうございます。　　　https://mail.google.com/mail/u/1/?ik=3b081d80b7&view=pt&sea...

Super <ichibanfridge@gmail.com>

## 【株式会社カプコン】お問い合わせありがとうございます。

株式会社カプコン　採用担当 <recruit@capcom.com>　　　　　　　　　　Tue, Jul 27, 2021 at 10:00 PM
To: "ichibanfridge@gmail.com" <ichibanfridge@gmail.com>
Cc: 株式会社カプコン　採用担当 <recruit@capcom.com>

Dear Bushnik Fraser,

Hello, this is the Capcom Recruitment Team.

We would like to thank you for your e-mail and for your interest in Capcom.

We're sorry, but currently we do not accept any applications through e-mails.

If you are interested in applying to Mid-career positions, please take a look at the link below.
https://job.axol.jp/bw/c/capcom/job/list
(Mid-career positions require applicants to have at least one experience of working as a regular employee)

If you are interested in applying as a new graduate, please take a look at the link below for further details.
We are currently recruiting for new graduates for the 2022 entry.
http://www.capcom.co.jp/recruit/graduate/index.html
(Please be aware that all of the screening process for new graduate applications will be conducted in Japanese)

Yours sincerely,

Capcom Recruitment Team

Gmail - 【株式会社カプコン】お問い合わせありがとうございます。   https://mail.google.com/mail/u/1/?ik=3b081d80b7&view=pt&sea...

 Gmail

Super <ichibanfridge@gmail.com>

## 【株式会社カプコン】お問い合わせありがとうございます。

**Super** <ichibanfridge@gmail.com>   Tue, Jul 27, 2021 at 11:02 PM
To: 株式会社カプコン 採用担当 <recruit@capcom.com>

I'm not really interested so much in becoming an employee. I was just wondering if Capcom would like to pay me for something that is actually meaningful, to reserve the rights for distribution of my SSFV development. I'm more than happy to quit development and let SFV fizzle into worthlessness as it deserves. It is a lot of stressful work afterall. I'm better than the people you usually deal with, so I'd like to be treated better too.

Sincerely,
Fraser Bushnik

[Quoted text hidden]

Gmail - 【株式会社カプコン】お問い合わせありがとうございます。   https://mail.google.com/mail/u/1/?ik=3b081d80b7&view=pt&sea...

 Gmail

**Super** <ichibanfridge@gmail.com>

---

### 【株式会社カプコン】お問い合わせありがとうございます。

**Super** <ichibanfridge@gmail.com>   Tue, Jul 27, 2021 at 11:26 PM
To: 株式会社カプコン 採用担当 <recruit@capcom.com>

you didn't even watch the video link from the application email.

watch the video.
https://youtu.be/AQW5YtXu8Hw
[Quoted text hidden]

1 of 1   Wednesday, October 22, 2025, 5:50 pm



Gmail - 【株式会社カプコン】お問い合わせありがとうございます。   https://mail.google.com/mail/u/1/?ik=3b081d80b7&view=pt&sea...

Super <ichibanfridge@gmail.com>

## 【株式会社カプコン】お問い合わせありがとうございます。

株式会社カプコン　採用担当 <recruit@capcom.com>　　　　　　　　Tue, Aug 10, 2021 at 6:45 PM
To: Super <ichibanfridge@gmail.com>
Cc: 株式会社カプコン　採用担当 <recruit@capcom.com>

ブシニク　フレサ　様

お世話になっております。
株式会社カプコン　採用担当でございます。

ご返答くださりありがとうございます。
恐れ入りますが、以下日本語にて対応させていただきます。

この度は、当社「ストリートファイターV」に対する貴重なご意見を
お寄せいただき、誠にありがとうございます。

本件、大変ありがたいお話ではございますが、当社においては
現在個人単位での業務委託は行っておりません。
今後募集をさせていただく際は、ぜひご応募いただけますと幸いでございます。

せっかくのところご希望に沿えず申し訳ございませんが、
何卒ご理解いただけますと幸いです。

よろしくお願いいたします。

株式会社カプコン　採用担当

-----Original Message-----
From: Super <ichibanfridge@gmail.com>
Sent: Wednesday, July 28, 2021 3:27 PM
To: 株式会社カプコン　採用担当 <recruit@capcom.com>
Subject: Re:【株式会社カプコン】お問い合わせありがとうございます。

you didn't even watch the video link from the application email.


watch the video.
https://youtu.be/AQW5YtXu8Hw


[Quoted text hidden]

Gmail - Street Fighter 6 Support                         https://mail.google.com/mail/u/1/?ik=3b081d80b7&view=pt&sea...



Super <ichibanfridge@gmail.com>

## Street Fighter 6 Support
5 messages

**Street Fighter 6 Support** <streetfighter6_support@cid.capcom.com>           Tue, Jul 9, 2024 at 2:38 AM
To: "ichibanfridge@gmail.com" <ichibanfridge@gmail.com>

Thank you very much for always playing STREET FIGHTER 6.
This is STREET FIGHTER 6 Support.

We apologize for the delay in our response.

All game concepts at our company are created by our development staff, and we do not solicit or reference ideas or concepts from the general public.

Therefore, regarding your suggestion, we regret to inform you that we cannot provide any specific guidance or feedback.

Thank you for your inquiry.
We appreciate your continued support for STREET FIGHTER 6.

[If you contact us regarding this matter]
 · Please be sure to reply to this e-mail and do not change the subject.
 · If you must reply from a different e-mail address, please specify the case number of this inquiry 00286321 in the body of the e-mail.

*Unauthorized reproduction of the contents of this mail is expressly forbidden.
==============================================
STREET FIGHTER 6
https://www.streetfighter.com/6/
==============================================
(c)CAPCOM

---

**Super** <ichibanfridge@gmail.com>                                           Fri, Jul 19, 2024 at 4:10 PM
To: Street Fighter 6 Support <streetfighter6_support@cid.capcom.com>

In 2021, I was an involved fan of Street Fighter 5.

A long story short, I began developing a modification of "Street Fighter 5" with intent to bring Capcom's awareness to the effort and work I was making to either potentially secure myself a position as an employee to better benefit the future of Street Fighter with the work essentially being akin to a portfolio, or to make a deal for ownership/licensing and redistribution rights of my modification of "Street Fighter 5" which I was working on that I had tentatively titled "Super Street Fighter 5", and that this work on my modification "Super Street Fighter 5" had begun beyond simple ideas and planning in February 11th 2021 and ending in August 1st 2021; at such the time I had ultimately decided to cancel production of the modification as it seemed like I wasn't really making any reasonable headway in getting Capcom's attention, and I had become somewhat paranoid that the quality of my work was rivalling Capcom's yet I was making no money, and that if I were to fully complete the production of my modification "Super Street Fighter 5" by continuing work into 2022, it could have provided a potential that if I were to release it as a digital-download "for free" for Capcom's "Street Fighter 5", it might have invited newer consumers for Capcom's product, a payment to Capcom, but to receive my production for free. Ultimately, something about the situation seemed very uncomfortable to me and I willfully abandoned development of my modification "Super Street Fighter 5" in August of 2021.

During the development process beginning in full on February 12th 2021, I frequently updated my public twitter account and managed a private "discord" chat-channel, both of which contained video sneak-peeks of the variety of content I was producing for my modification "Super Street Fighter 5", that I have visible public evidence that I was in-fact displaying unique content of my efforts.

The largest scope of my efforts of developing my modification "Super Street Fighter 5" were my own 3D Animations designed in Blender (Blender being a free 3D Animation and 3D modelling design program for the computer), using publicly available downloaded tools which automatically deconstructed the Unreal Engine Assets of Capcom's "Street Fighter 5" into importable and exportable and editable files for me to work on, where Unreal Engine was the total game engine running Capcom's "Street Fighter V", where Unreal Engine itself is also otherwise essentially free to download and create content with on the computer; where the scope of my 3D Animations were any form of animation to be applied to the 3D Computer Graphics characters which appeared in "Street Fighter 5"; such that most of my animations explicitly had something to do with specific poses and fantastical humanoid motions that the characters could do, and that these characters are not entirely rooted in reality within the construct of their "Street Fighter" franchise, abled to jump dozens of feet into the air, to throw energy fireballs out of their hands, and other fantasy-esque concepts.

The brunt of my 3D Animations which I made were largely inspired or otherwise directly referencing older Capcom "Street Fighter" character animations; however, some of the animations I'd worked on were completely unique to myself and productions of my own mind of imagination alone, getting to the reason I am contacting you:
On April 29th 2021, I would have uploaded a video onto my personal twitter account showing a preview of a brand new and original attack animation I had developed for Capcom's "Street Fighter 5" character named M.Bison (in America), otherwise named Vega (in Japan).
Included in this contact is an unlisted youtube link showing the original animation which I had developed (https://www.youtube.com/watch?v=kKt7P3ZOm8k), in which the primary character M.Bison lunges forward and grabs the opponent character by their abdomen, before blasting the opponent into the air with an explosive purple effect, linking into the opportunity for a follow-up combo after the explosive launch.

The content of the character models, the purple explosion visual effects, and the initial lunging forward animation, were themselves already part of Capcom's "Street Fighter 5" though used in a different context not already provided, while all that which is completely and unequivocally my own effort is the 3D Animation when the character M.Bison lifts the opponent up by their abdomen and launches the opponent into the air. The lunging forward animation was a new animation Capcom themselves had developed for M.Bison for "Street Fighter 5" as part of the "v-shift update" to the game, which gave all their established characters in the game a unique attack animation that would knock the opponent backwards (though not specifically upwards). I had a disinterest in the concept of the "v-shift update" and so, through my own modification of "Super Street Fighter 5", I had altered it and repurposed it to act as a different function. In the case of M.Bison, I used my own imagination to determine that M.Bison's own specific "v-shift-break" attack animation, this animation where he lunges forward with an open clasping gesture with his hand, could better be repurposed into a new move for the character to perform, and so Capcom's provided lunging animation would then automatically transition into my new additional animation I had designed where M.Bison grasps the opponent's abdomen and explosively launches them into the air, followed by opportunity for combo.

On June 7th, 2024, Capcom had announced a new character to appear in "Street Fighter 6", revealing that the character M.Bison would also appear in "Street Fighter 6". In the announcement trailer, a video which Capcom had posted on their official Street Fighter YouTube channel and official Street Fighter Twitter account, the character M.Bison is shown performing a new attack animation move which bears a striking resemblance to my own original animation which I had developed for this same character for my modification "Super Street Fighter 5".
Included in this contact is an unlisted youtube link showing Capcom's "Street Fighter 6" M.Bison animation which bears such the striking resemblance to my own original animation (https://www.youtube.com/watch?v=dWhM8oEHi_Q): that M.Bison grasps the opponent by the abdomen and lifts them up before explosively launching the opponent into the air, followed by combo opportunity. Also present within the full video trailer for M.Bison in "Street Fighter 6" was the return of the character's open-handed clasping palm-strike animation which Capcom had originally designed as the character's "v-shift-break" attack animation for "Street Fighter 5", which I only point out that the open-handed lunging animation is not my own content and not part of my claim.

An additional context is that I had attempted direct communication with Capcom back in 2021 near the end of July, in which I had attempted to show them my works and efforts of my modification "Super Street Fighter 5" to gauge their interest, which at the time the only outward-facing email address I could discover related to Capcom was a Japanese Capcom email initially attached to a webform on their Japanese website, which they had received and had responded to, otherwise rejecting me, but referential that we had in-fact some e-mail correspondence; though for what it's worth, I did not directly display or reference my work on the M.Bison character of my modification "Super Street Fighter 5" within that email chain; so the evidence of that character performing such a unique attack animation is primarily contained to my public twitter account.

Worth noting is the persistence and legacy and consistency of Capcom's own efforts to portray their own franchises and characters developed for those franchises, including the "Street Fighter" franchise. That since the time that Capcom had originally developed and debuted the character M.Bison/Vega in 1991 for their game "Street Fighter II",

this character had appeared in at least twenty-one(21) Capcom-produced titles across the "Street Fighter" franchise, inclusive of
Street Fighter 2, Street Fighter Alpha 2, Street Fighter Alpha 3, Street Fighter EX, Street Fighter EX 2, Street Fighter EX 3, Street Fighter: The Movie (arcade), Street Fighter 4, and Street Fighter 5; in which across all of this character's official-Capcom previous appearances for the past 33 years across at least 21 different "Street Fighter" game products that featured this character, the character M.Bison had never performed a move which resembles the animation which I designed in 2021 for "Super Street Fighter 5", or the animation which Capcom deployed in 2024 for "Street Fighter 6"; providing specific potential characterization that if not for my own animation having inspired Capcom from 2021 forward, then the character in "Street Fighter 6" from 2024 onward would not have such that animation.

I was not credited, I was not contacted by Capcom to request permission, I was not formally offered a position or a job at Capcom, and I have otherwise been completely unaffiliated with Capcom; however, Capcom seemed to have mistakenly assumed my efforts were Capcom's own and seemed to have copied my efforts to introduce a new move for their production of the character M.Bison for "Street Fighter 6"; a move which had no seeming reason to exist if not for my invention of it.

I highly suggest a new and direct line of communication be established between us so that we may move forward without the need for lawsuit, and you can contact me at ichibanfridge@gmail.com
I would accept no less than than a 3% royalty on all Street Fighter 6 profits (~1/26th), as well as no less than an additional 4% royalty on all of Season 2's profits (~1/25th) given Season 2 includes the character M.Bison for purchase, as well as no less than a proportional royalty for any future representation of M.Bison in a new Capcom product which includes this new move in M.Bison's command list, proportional to how many special moves are shown to exist in the product - or without this additional proportional royalty for any future representation of M.Bison using this specific move, to instead be offered employment in good-nature and positive expectation to assist development of future Street Fighter game titles, given my own ideas were clearly of good enough content to have been inspired from. There will be absolutely no continued line of contact which assumes capcom invented the M.Bison move on their own of their own volition, and the continued conference between us is a suggestion.

I was under the specific notion that Capcom did not want much if anything to do with me because of the absence of communication or forward progress with me pitching the existence of Super Street Fighter 5 from 2021, and so I have been agitated to discover that my ideas had actually been inspirational to Capcom, though I had not yet received credit for it.

I thank you for your time.

the following is a copy of the original email sent to capcom via their street fighter 6 webform:
////////////////////////////////////////////////
In 2021, I was an involved fan of Street Fighter 5.

I personally, from my own mind and reference, came up with the idea for M.Bison's newly revealed special move which appears in the trailer for M.Bison in Street Fighter 6.

Here's a video of my animation, which was publicly posted in 2021:
https://www.youtube.com/watch?v=kKt7P3ZOm8k
Here's a video of Capcom's new M.Bison attack, which was publicly posted in 2024:
https://www.youtube.com/watch?v=dWhM8oEHi_Q

I had not been not credited, referenced, paid, or contacted by Capcom.
If my mind and imagination is of such value to Capcom to have inspired Capcom copying my efforts, then we may open a line of communication to establish payment and proper crediting for my efforts.
I would appreciate to not need to file a lawsuit.
Capcom would appreciate that I not need to file a lawsuit.

please contact me immediately at ichibanfridge@gmail.com


On Tue, Jul 9, 2024 at 2:38 AM Street Fighter 6 Support <streetfighter6_support@cid.capcom.com> wrote:
Thank you very much for always playing STREET FIGHTER 6.
This is STREET FIGHTER 6 Support.

We apologize for the delay in our response.

All game concepts at our company are created by our development staff, and we do not solicit or reference ideas or concepts from the general public.

Therefore, regarding your suggestion, we regret to inform you that we cannot provide any specific guidance or feedback.

Thank you for your inquiry.
We appreciate your continued support for STREET FIGHTER 6.

[If you contact us regarding this matter]
· Please be sure to reply to this e-mail and do not change the subject.
· If you must reply from a different e-mail address, please specify the case number of this inquiry 00286321 in the body of the e-mail.

*Unauthorized reproduction of the contents of this mail is expressly forbidden.
=================================================
STREET FIGHTER 6
https://www.streetfighter.com/6/
=================================================
(c)CAPCOM

---

**Street Fighter 6 Support** <streetfighter6_support@cid.capcom.com>                         Mon, Jul 22, 2024 at 1:09 AM
To: "ichibanfridge@gmail.com" <ichibanfridge@gmail.com>

Thank you very much for always playing STREET FIGHTER 6.
This is STREET FIGHTER 6 Support.

This is a repeated notice, but please be aware that all game planning at our company is done by our development staff, and we do not solicit or consider ideas or proposals from the general public.

Regarding your report, there is no specific information that we can provide individually. Therefore, if you contact us with similar inquiries in the future, we will refrain from providing a response.

Thank you for your inquiry.
We appreciate your continued support for STREET FIGHTER 6.

[If you contact us regarding this matter]
· Please be sure to reply to this e-mail and do not change the subject.
· If you must reply from a different e-mail address, please specify the case number of this inquiry 00286321 in the body of the e-mail.

*Unauthorized reproduction of the contents of this mail is expressly forbidden.
=================================================
STREET FIGHTER 6
https://www.streetfighter.com/6/
=================================================
(c)CAPCOM

---

**Super** <ichibanfridge@gmail.com>                                                          Wed, Jul 24, 2024 at 12:03 PM
To: Street Fighter 6 Support <streetfighter6_support@cid.capcom.com>

"please be aware that all game planning at our company is done by our development staff, and we do not solicit or consider ideas or proposals from the general public."

I am not appreciating your false accusation against me that I am part of capcom's development staff, nor am I appreciating the ulterior guess claim that I must instead be part of the general public.
I designed a special attack and someone at capcom must have seemingly veen inspired by the special attack to include it into Street Fighter 6, because it's hard to assume any other path that my special attack ended up

in Street Fighter 6 given I am not a Capcom employee and I do not have any specific close or determinable personal relationships with capcom employees. I am not so much interested in the fate of whomever the employee was, as I am instead interested in my own best interests to protect and validate my own efforts, to be paid on potentials of
my provided opportunity for capcom to have hired me or secured my efforts via my original e-mail communication with capcom japan in August 2021.

I have evidence, you have been provided the evidence, and anyone necessary to become involved with this situation receives the evidence as well.

These emails from me are a courtesy, and I hold a verifiable copyright guaranteed to me by U.S. Law that my public posting of my own work from 2021 obviously predates Capcom's public posting of seemingly identical work in 2024.
This communication is not a forum open for debate, and capcom would be ordered to pay to me in the very least $1.5M in potential damages if this is taken to court.

On Monday, July 22, 2024, Street Fighter 6 Support <streetfighter6_support@cid.capcom.com> wrote:
> Thank you very much for always playing STREET FIGHTER 6.
> This is STREET FIGHTER 6 Support.
>
> This is a repeated notice, but please be aware that all game planning at our company is done by our development staff, and we do not solicit or consider ideas or proposals from the general public.
>
> Regarding your report, there is no specific information that we can provide currently. We will continue to provide you assistance if you contact us with similar inquiries in the future, we will refrain from providing a response.
>
> Thank you for your inquiry.
> We appreciate your continued support for STREET FIGHTER 6.
>
> [If you contact us regarding this matter]
> · Please be sure to reply to this e-mail and do not change the subject.
> · If you must reply from a different e-mail address, please specify the case number of this inquiry 00286321 in the body of the e-mail.
>
> *Unauthorized reproduction of the contents of this mail is expressly forbidden.
> ================================================
> STREET FIGHTER 6
> https://www.streetfighter.com/6/
> ================================================
> (c)CAPCOM

---

**Super** <ichibanfridge@gmail.com>                                         Mon, May 19, 2025 at 3:02 PM
To: recruit@capcom.com

---------- Forwarded message ----------
From: **Super** <ichibanfridge@gmail.com>
Date: Fri, Jul 19, 2024 at 4:10 PM
Subject: Re: Street Fighter 6 Support
To: Street Fighter 6 Support <streetfighter6_support@cid.capcom.com>

In 2021, I was an involved fan of Street Fighter 5.

A long story short, I began developing a modification of "Street Fighter 5" with intent to bring Capcom's awareness to the effort and work I was making to either potentially secure myself a position as an employee to better benefit the future of Street Fighter with the work essentially being akin to a portfolio, or to make a deal for ownership/licensing and redistribution rights of my modification of "Street Fighter 5" which I was working on that I had tentatively titled "Super Street Fighter 5", and that this work on my modification "Super Street Fighter 5" had begun beyond simple

ideas and planning in February 11th 2021 and ending in August 1st 2021; at such the time I had ultimately decided to cancel production of the modification as it seemed like I wasn't really making any reasonable headway in getting Capcom's attention, and I had become somewhat paranoid that the quality of my work was rivalling Capcom's yet I was making no money, and that if I were to fully complete the production of my modification "Super Street Fighter 5" by continuing work into 2022, it could have provided a potential that if I were to release it as a digital-download "for free" for Capcom's "Street Fighter 5", it might have invited newer consumers for Capcom's product, a payment to Capcom, but to receive my production for free. Ultimately, something about the situation seemed very uncomfortable to me and I willfully abandoned development of my modification "Super Street Fighter 5" in August of 2021.

During the development process beginning in full on February 12th 2021, I frequently updated my public twitter account and managed a private "discord" chat-channel, both of which contained video sneak-peeks of the variety of content I was producing for my modification "Super Street Fighter 5", that I have visible public evidence that I was in-fact displaying unique content of my efforts.
The largest scope of my efforts of developing my modification "Super Street Fighter 5" were my own 3D Animations designed in Blender (Blender being a free 3D Animation and 3D modelling design program for the computer), using publicly available downloaded tools which automatically deconstructed the Unreal Engine Assets of Capcom's "Street Fighter 5" into importable and exportable and editable files for me to work on, where Unreal Engine was the total game engine running Capcom's "Street Fighter V", where Unreal Engine itself is also otherwise essentially free to download and create content with on the computer; where the scope of my 3D Animations were any form of animation to be applied to the 3D Computer Graphics characters which appeared in "Street Fighter 5"; such that most of my animations explicitly had something to do with specific poses and fantastical humanoid motions that the characters could do, and that these characters are not entirely rooted in reality within the construct of their "Street Fighter" franchise, abled to jump dozens of feet into the air, to throw energy fireballs out of their hands, and other fantasy-esque concepts.

The brunt of my 3D Animations which I made were largely inspired or otherwise directly referencing older Capcom "Street Fighter" character animations; however, some of the animations I'd worked on were completely unique to myself and productions of my own mind of imagination alone, getting to the reason I am contacting you:
On April 29th 2021, I would have uploaded a video onto my personal twitter account showing a preview of a brand new and original attack animation I had developed for Capcom's "Street Fighter 5" character named M.Bison (in America), otherwise named Vega (in Japan).
Included in this contact is an unlisted youtube link showing the original animation which I had developed (https://www.youtube.com/watch?v=kKt7P3ZOm8k), in which the primary character M.Bison lunges forward and grabs the opponent character by their abdomen, before blasting the opponent into the air with an explosive purple effect, linking into the opportunity for a follow-up combo after the explosive launch.

The content of the character models, the purple explosion visual effects, and the initial lunging forward animation, were themselves already part of Capcom's "Street Fighter 5" though used in a different context not already provided, while all that which is completely and unequivocally my own effort is the 3D Animation when the character M.Bison lifts the opponent up by their abdomen and launches the opponent into the air. The lunging forward animation was a new animation Capcom themselves had developed for M.Bison for "Street Fighter 5" as part of the "v-shift update" to the game, which gave all their established characters in the game a unique attack animation that would knock the opponent backwards (though not specifically upwards). I had a disinterest in the concept of the "v-shift update" and so, through my own modification of "Super Street Fighter 5", I had altered it and repurposed it to act as a different function. In the case of M.Bison, I used my own imagination to determine that M.Bison's own specific "v-shift-break" attack animation, this animation where he lunges forward with an open clasping gesture with his hand, could better be repurposed into a new move for the character to perform, and so Capcom's provided lunging animation would then automatically transition into my new additional animation I had designed where M.Bison grasps the opponent's abdomen and explosively launches them into the air, followed by opportunity for combo.

On June 7th, 2024, Capcom had announced a new character to appear in "Street Fighter 6", revealing that the character M.Bison would also appear in "Street Fighter 6". In the announcement trailer, a video which Capcom had posted on their official Street Fighter YouTube channel and official Street Fighter Twitter account, the character M.Bison is shown performing a new attack animation move which bears a striking resemblance to my own original animation which I had developed for this same character for my modification "Super Street Fighter 5".
Included in this contact is an unlisted youtube link showing Capcom's "Street Fighter 6" M.Bison animation which bears such the striking resemblance to my own original animation (https://www.youtube.com/watch?v=dWhM8oEHi_Q): that M.Bison grasps the opponent by the abdomen and lifts them up before explosively launching the opponent into the air, followed by combo opportunity. Also present within the full video trailer for M.Bison in "Street Fighter 6" was the return of the character's open-handed clasping palm-strike animation which Capcom had originally designed as the character's "v-shift-break" attack animation for "Street Fighter 5", which I only point out that the open-handed lunging animation is not my own content and not part of my claim.

An additional context is that I had attempted direct communication with Capcom back in 2021 near the end of July, in which I had attempted to show them my works and efforts of my modification "Super Street Fighter 5" to gauge their interest, which at the time the only outward-facing email address I could discover related to Capcom was a Japanese Capcom email initially attached to a webform on their Japanese website, which they had received and had responded to, otherwise rejecting me, but referential that we had in-fact some e-mail correspondence; though for what it's worth, I did not directly display or reference my work on the M.Bison character of my modification "Super Street Fighter 5" within that email chain; so the evidence of that character performing such a unique attack animation is primarily contained to my public twitter account.

Worth noting is the persistence and legacy and consistency of Capcom's own efforts to portray their own franchises and characters developed for those franchises, including the "Street Fighter" franchise. That since the time that Capcom had originally developed and debuted the character M.Bison/Vega in 1991 for their game "Street Fighter II", this character had appeared in at least twenty-one(21) Capcom-produced titles across the "Street Fighter" franchise, inclusive of
Street Fighter 2, Street Fighter Alpha 2, Street Fighter Alpha 3, Street Fighter EX, Street Fighter EX 2, Street Fighter EX 3, Street Fighter: The Movie (arcade), Street Fighter 4, and Street Fighter 5; in which across all of this character's official-Capcom previous appearances for the past 33 years across at least 21 different "Street Fighter" game products that featured this character, the character M.Bison had never performed a move which resembles the animation which I designed in 2021 for "Super Street Fighter 5", or the animation which Capcom deployed in 2024 for "Street Fighter 6"; providing specific potential characterization that if not for my own animation having inspired Capcom from 2021 forward, then the character in "Street Fighter 6" from 2024 onward would not have such that animation.

I was not credited, I was not contacted by Capcom to request permission, I was not formally offered a position or a job at Capcom, and I have otherwise been completely unaffiliated with Capcom; however, Capcom seemed to have mistakenly assumed my efforts were Capcom's own and seemed to have copied my efforts to introduce a new move for their production of the character M.Bison for "Street Fighter 6"; a move which had no seeming reason to exist if not for my invention of it.

I highly suggest a new and direct line of communication be established between us so that we may move forward without the need for lawsuit, and you can contact me at ichibanfridge@gmail.com
I would accept no less than than a 3% royalty on all Street Fighter 6 profits (~1/26th), as well as no less than an additional 4% royalty on all of Season 2's profits (~1/25th) given Season 2 includes the character M.Bison for purchase, as well as no less than a proportional royalty for any future representation of M.Bison in a new Capcom product which includes this new move in M.Bison's command list, proportional to how many special moves are shown to exist in the product - or without this additional proportional royalty for any future representation of M.Bison using this specific move, to instead be offered employment in good-nature and positive expectation to assist development of future Street Fighter game titles, given my own ideas were clearly of good enough content to have been inspired from. There will be absolutely no continued line of contact which assumes capcom invented the M.Bison move on their own of their own volition, and the continued conference between us is a suggestion.

I was under the specific notion that Capcom did not want much if anything to do with me because of the absence of communication or forward progress with me pitching the existence of Super Street Fighter 5 from 2021, and so I have been agitated to discover that my ideas had actually been inspirational to Capcom, though I had not yet received credit for it.

I thank you for your time.

the following is a copy of the original email sent to capcom via their street fighter 6 webform:
//////////////////////////////////////////
In 2021, I was an involved fan of Street Fighter 5.

I personally, from my own mind and reference, came up with the idea for M.Bison's newly revealed special move which appears in the trailer for M.Bison in Street Fighter 6.

Here's a video of my animation, which was publicly posted in 2021:
https://www.youtube.com/watch?v=kKt7P3ZOm8k
Here's a video of Capcom's new M.Bison attack, which was publicly posted in 2024:
https://www.youtube.com/watch?v=dWhM8oEHi_Q

I had not been not credited, referenced, paid, or contacted by Capcom.

If my mind and imagination is of such value to Capcom to have inspired Capcom copying my efforts, then we may open a line of communication to establish payment and proper crediting for my efforts.
I would appreciate to not need to file a lawsuit.
Capcom would appreciate that I not need to file a lawsuit.

please contact me immediately at ichibanfridge@gmail.com

On Tue, Jul 9, 2024 at 2:38 AM Street Fighter 6 Support <streetfighter6_support@cid.capcom.com> wrote:
> Thank you very much for always playing STREET FIGHTER 6.
> This is STREET FIGHTER 6 Support.
>
> We apologize for the delay in our response.
>
> All game concepts at our company are created by our development staff, and we do not solicit or reference ideas or concepts from the general public.
>
> Therefore, regarding your suggestion, we regret to inform you that we cannot provide any specific guidance or feedback.
>
> Thank you for your inquiry.
> We appreciate your continued support for STREET FIGHTER 6.
>
> [If you contact us regarding this matter]
> · Please be sure to reply to this e-mail and do not change the subject.
> · If you must reply from a different e-mail address, please specify the case number of this inquiry 00286321 in the body of the e-mail.
>
> *Unauthorized reproduction of the contents of this mail is expressly forbidden.
> =============================================
> STREET FIGHTER 6
> https://www.streetfighter.com/6/
> =============================================
> (c)CAPCOM

Gmail - 【株式会社カプコン】お問い合わせありがとうございます。    https://mail.google.com/mail/u/1/?ik=3b081d80b7&view=pt&sea...

 Gmail

Super <ichibanfridge@gmail.com>

## 【株式会社カプコン】お問い合わせありがとうございます。

**Super** <ichibanfridge@gmail.com>    Sun, May 25, 2025 at 11:39 AM
To: 株式会社カプコン 採用担当 <recruit@capcom.com>

私はアメリカ人のガイジンです、分かりますか？
2021年7月以降のこのメールのやり取りを通じて、私はカプコンに協力を申し出るとともに、潜在的な製品について提案しました。これは、カプコンが潜在的な製品「スーパーストリートファイターV」に興味を持っているかどうかを測るためでした。
その後のやり取り、クレジット表記、クレジット表記もなく、カプコンは契約も製品完成の義務もなしに、私が提案した製品「スーパーストリートファイターV」の独創的な開発において、私の個人的な作品の影響を模倣したように見えました。私の行動に対する懸念、たとえ私があえて罵倒したり、攻撃したりしたかもしれない、あるいはできたかもしれないという認識があったとしても、私自身がクレジットも報酬もスポンサーも受けておらず、日本人でもないにもかかわらず、私の個人的な作品が何らかの形でストリートファイター6に登場したというのは、不合理な条件付き結果です。このメールの内容はGoogle翻訳を使用して作成されています。
私は、スーパーストリートファイターVのライセンス配布の売買に関してカプコンに当初提案した金額、つまり２００万ドルUSD以上の金額を求めています。そうしないと、アメリカ国内で正当な訴訟が提起され、損害賠償だけで２０００万ドルUSDをはるかに超える金額になる恐れがあります。また、私が改造版「スーパーストリートファイターV」にデザインしたものと一見同一のアニメーションユーティリティ特殊攻撃を実行する（ヴェーガ）をフィーチャーしたストリートファイター6製品の成功も評価されてしまいます。この効果を実現するために、私は独自のSFVコードをリバースエンジニアリングしたことはありません。ベースの.exe実行ファイルは編集しておらず、Unreal Engineのアセットファイルとフォルダ構造を調べるために設計されたインターネットのオープンソースツールのみを使用しています。Unreal Engineは、ストリートファイターVがベースとした総合ゲームエンジンです。
私はまず第一にアーティストであり、コンピュータハッカーではありません。関数型コードを初歩的に理解し、BlenderやUnreal Engineなどのプログラムを使用できます。ただし、これらのプログラムは「スーパーストリートファイターV」のストリートファイターVキャラクターの技セットを変更するという私の仕事の目的に合致する程度です。主に、キャラクター技リストの擬似コードテキスト構造、キャラクターのビジュアルアセットリスト、技リストへのキャラクター入力、そしてフェイスレベルで表示される値を変更することでゲーム内でどのような効果が得られるかを判断するために多くの作者が作成したGoogleドキュメントの合計累積を含む、特定のキャラクター（.uasset）ファイルの変換に焦点を当てていました。この作業は、素人でも1日で完了できるものでした。簡単なテキストドキュメントの指示リストに従って、ストリートファイターVのインストールから、Unreal Engineで複製された、変更可能な元のファイルフォルダ構造へと変換する作業です。
私はあなたの敵ではありません。敵扱いされないでください。敵のように騙されないでください。このメールアドレスを担当する人事担当者以外にも、直接連絡を取り、私に２００万ドルUSDを支給するための支払ルートを確立する必要があります。
２００万ドルUSDという数字は、『ストリートファイター6』のヴェガ発売当時の相対的な認知度によるもので、おおよそ（1+[ゲーム内キャラクター数]）＊（1+[キャラクター（ヴェガ）が使用できる必殺技数]）＊（[ゲーム商品の販売数]）＊（[ゲーム商品単体の販売額]）に相当し、不当な数字ではありません。

以下のメールは、元々ストリートファイター6の管理メールアドレスに送信されたもので、未だ返信がなく、提供されたYouTube動画リンクの視聴回数から判断すると少なくとも20回は視聴されていると評価されており、カプコンの従業員が何らかの不信感を抱いているか、あるいは認識を怠っていたと推測される。これ以上の非難は避けたい。

---------- Forwarded message ---------
From: **Super** <ichibanfridge@gmail.com>
Date: Fri, Jul 19, 2024 at 4:10 PM
Subject: Re: Street Fighter 6 Support
To: Street Fighter 6 Support <streetfighter6_support@cid.capcom.com>

In 2021, I was an involved fan of Street Fighter 5.

1 of 4    Wednesday, October 22, 2025, 5:52 pm

Gmail - 【株式会社カプコン】お問い合わせありがとうございます。   https://mail.google.com/mail/u/1/?ik=3b081d80b7&view=pt&sea...

A long story short, I began developing a modification of "Street Fighter 5" with intent to bring Capcom's awareness to the effort and work I was making to either potentially secure myself a position as an employee to better benefit the future of Street Fighter with the work essentially being akin to a portfolio, or to make a deal for ownership/licensing and redistribution rights of my modification of "Street Fighter 5" which I was working on that I had tentatively titled "Super Street Fighter 5", and that this work on my modification "Super Street Fighter 5" had begun beyond simple ideas and planning in February 11th 2021 and ending in August 1st 2021; at such the time I had ultimately decided to cancel production of the modification as it seemed like I wasn't really making any reasonable headway in getting Capcom's attention, and I had become somewhat paranoid that the quality of my work was rivalling Capcom's yet I was making no money, and that if I were to fully complete the production of my modification "Super Street Fighter 5" by continuing work into 2022, it could have provided a potential that if I were to release it as a digital-download "for free" for Capcom's "Street Fighter 5", it might have invited newer consumers for Capcom's product, a payment to Capcom, but to receive my production for free. Ultimately, something about the situation seemed very uncomfortable to me and I willfully abandoned development of my modification "Super Street Fighter 5" in August of 2021.

During the development process beginning in full on February 12th 2021, I frequently updated my public twitter account and managed a private "discord" chat-channel, both of which contained video sneak-peeks of the variety of content I was producing for my modification "Super Street Fighter 5", that I have visible public evidence that I was in-fact displaying unique content of my efforts.
The largest scope of my efforts of developing my modification "Super Street Fighter 5" were my own 3D Animations designed in Blender (Blender being a free 3D Animation and 3D modelling design program for the computer), using publicly available downloaded tools which automatically deconstructed the Unreal Engine Assets of Capcom's "Street Fighter 5" into importable and exportable and editable files for me to work on, where Unreal Engine was the total game engine running Capcom's "Street Fighter V", where Unreal Engine itself is also otherwise essentially free to download and create content with on the computer; where the scope of my 3D Animations were any form of animation to be applied to the 3D Computer Graphics characters which appeared in "Street Fighter 5"; such that most of my animations explicitly had something to do with specific poses and fantastical humanoid motions that the characters could do, and that these characters are not entirely rooted in reality within the construct of their "Street Fighter" franchise, abled to jump dozens of feet into the air, to throw energy fireballs out of their hands, and other fantasy-esque concepts.

The brunt of my 3D Animations which I made were largely inspired or otherwise directly referencing older Capcom "Street Fighter" character animations; however, some of the animations I'd worked on were completely unique to myself and productions of my own mind of imagination alone, getting to the reason I am contacting you:
On April 29th 2021, I would have uploaded a video onto my personal twitter account showing a preview of a brand new and original attack animation I had developed for Capcom's "Street Fighter 5" character named M.Bison (in America), otherwise named Vega (in Japan).
Included in this contact is an unlisted youtube link showing the original animation which I had developed (https://www.youtube.com/watch?v=kKt7P3ZOm8k), in which the primary character M.Bison lunges forward and grabs the opponent character by their abdomen, before blasting the opponent into the air with an explosive purple effect, linking into the opportunity for a follow-up combo after the explosive launch.

The content of the character models, the purple explosion visual effects, and the initial lunging forward animation, were themselves already part of Capcom's "Street Fighter 5" though used in a different context not already provided, while all that which is completely and unequivocally my own effort is the 3D Animation when the character M.Bison lifts the opponent up by their abdomen and launches the opponent into the air. The lunging forward animation was a new animation Capcom themselves had developed for M.Bison for "Street Fighter 5" as part of the "v-shift update" to the game, which gave all their established characters in the game a unique attack animation that would knock the opponent backwards (though not specifically upwards). I had a disinterest in the concept of the "v-shift update" and so, through my own modification of "Super Street Fighter 5", I had altered it and repurposed it to act as a different function. In the case of M.Bison, I used my own imagination to determine that M.Bison's own specific "v-shift-break" attack animation, this animation where he lunges forward with an open clasping gesture with his hand, could better be repurposed into a new move for the character to perform, and so Capcom's provided lunging animation would then automatically transition into my new additional animation I had designed where M.Bison grasps the opponent's abdomen and explosively launches them into the air, followed by opportunity for combo.

On June 7th, 2024, Capcom had announced a new character to appear in "Street Fighter 6", revealing that the character M.Bison would also appear in "Street Fighter 6". In the announcement trailer, a video which Capcom had posted on their official Street Fighter YouTube channel and official Street Fighter Twitter account, the character M.Bison is shown performing a new attack animation move which bears a striking resemblance to my own original animation which I had developed for this same character for my modification "Super Street Fighter 5".
Included in this contact is an unlisted youtube link showing Capcom's "Street Fighter 6" M.Bison animation which

bears such the striking resemblance to my own original animation (https://www.youtube.com/watch?v=dWhM8oEHi_Q): that M.Bison grasps the opponent by the abdomen and lifts them up before explosively launching the opponent into the air, followed by combo opportunity. Also present within the full video trailer for M.Bison in "Street Fighter 6" was the return of the character's open-handed clasping palm-strike animation which Capcom had originally designed as the character's "v-shift-break" attack animation for "Street Fighter 5", which I only point out that the open-handed lunging animation is not my own content and not part of my claim.

An additional context is that I had attempted direct communication with Capcom back in 2021 near the end of July, in which I had attempted to show them my works and efforts of my modification "Super Street Fighter 5" to gauge their interest, which at the time the only outward-facing email address I could discover related to Capcom was a Japanese Capcom email initially attached to a webform on their Japanese website, which they had received and had responded to, otherwise rejecting me, but referential that we had in-fact some e-mail correspondence; though for what it's worth, I did not directly display or reference my work on the M.Bison character of my modification "Super Street Fighter 5" within that email chain; so the evidence of that character performing such a unique attack animation is primarily contained to my public twitter account.

Worth noting is the persistence and legacy and consistency of Capcom's own efforts to portray their own franchises and characters developed for those franchises, including the "Street Fighter" franchise. That since the time that Capcom had originally developed and debuted the character M.Bison/Vega in 1991 for their game "Street Fighter II", this character had appeared in at least twenty-one(21) Capcom-produced titles across the "Street Fighter" franchise, inclusive of
Street Fighter 2, Street Fighter Alpha 2, Street Fighter Alpha 3, Street Fighter EX, Street Fighter EX 2, Street Fighter EX 3, Street Fighter: The Movie (arcade), Street Fighter 4, and Street Fighter 5; in which across all of this character's official-Capcom previous appearances for the past 33 years across at least 21 different "Street Fighter" game products that featured this character, the character M.Bison had never performed a move which resembles the animation which I designed in 2021 for "Super Street Fighter 5", or the animation which Capcom deployed in 2024 for "Street Fighter 6"; providing specific potential characterization that if not for my own animation having inspired Capcom from 2021 forward, then the character in "Street Fighter 6" from 2024 onward would not have such that animation.

I was not credited, I was not contacted by Capcom to request permission, I was not formally offered a position or a job at Capcom, and I have otherwise been completely unaffiliated with Capcom; however, Capcom seemed to have mistakenly assumed my efforts were Capcom's own and seemed to have copied my efforts to introduce a new move for their production of the character M.Bison for "Street Fighter 6"; a move which had no seeming reason to exist if not for my invention of it.

I highly suggest a new and direct line of communication be established between us so that we may move forward without the need for lawsuit, and you can contact me at ichibanfridge@gmail.com
I would accept no less than than a 3% royalty on all Street Fighter 6 profits (~1/26th), as well as no less than an additional 4% royalty on all of Season 2's profits (~1/25th) given Season 2 includes the character M.Bison for purchase, as well as no less than a proportional royalty for any future representation of M.Bison in a new Capcom product which includes this new move in M.Bison's command list, proportional to how many special moves are shown to exist in the product - or without this additional proportional royalty for any future representation of M.Bison using this specific move, to instead be offered employment in good-nature and positive expectation to assist development of future Street Fighter game titles, given my own ideas were clearly of good enough content to have been inspired from. There will be absolutely no continued line of contact which assumes capcom invented the M.Bison move on their own of their own volition, and the continued conference between us is a suggestion.

I was under the specific notion that Capcom did not want much if anything to do with me because of the absence of communication or forward progress with me pitching the existence of Super Street Fighter 5 from 2021, and so I have been agitated to discover that my ideas had actually been inspirational to Capcom, though I had not yet received credit for it.

I thank you for your time.

the following is a copy of the original email sent to capcom via their street fighter 6 webform:
//////////////////////////////////////////
In 2021, I was an involved fan of Street Fighter 5.

I personally, from my own mind and reference, came up with the idea for M.Bison's newly revealed special move which appears in the trailer for M.Bison in Street Fighter 6.

Here's a video of my animation, which was publicly posted in 2021:
https://www.youtube.com/watch?v=kKt7P3ZOm8k
Here's a video of Capcom's new M.Bison attack, which was publicly posted in 2024:
https://www.youtube.com/watch?v=dWhM8oEHi_Q

I had not been not credited, referenced, paid, or contacted by Capcom.
If my mind and imagination is of such value to Capcom to have inspired Capcom copying my efforts, then we may open a line of communication to establish payment and proper crediting for my efforts.
I would appreciate to not need to file a lawsuit.
Capcom would appreciate that I not need to file a lawsuit.

please contact me immediately at ichibanfridge@gmail.com


On Tue, Jul 9, 2024 at 2:38 AM Street Fighter 6 Support <streetfighter6_support@cid.capcom.com> wrote:
> Thank you very much for always playing STREET FIGHTER 6.
> This is STREET FIGHTER 6 Support.
>
> We apologize for the delay in our response.
>
> All game concepts at our company are created by our development staff, and we do not solicit or reference ideas or concepts from the general public.
>
> Therefore, regarding your suggestion, we regret to inform you that we cannot provide any specific guidance or feedback.
>
> Thank you for your inquiry.
> We appreciate your continued support for STREET FIGHTER 6.
>
> [If you contact us regarding this matter]
>  ・Please be sure to reply to this e-mail and do not change the subject.
>  ・If you must reply from a different e-mail address, please specify the case number of this inquiry 00286321 in the body of the e-mail.
>
> *Unauthorized reproduction of the contents of this mail is expressly forbidden.
> ==============================================
> STREET FIGHTER 6
> https://www.streetfighter.com/6/
> ==============================================
> (c)CAPCOM

[Quoted text hidden]

evidence of copying.
If I don't have to sue for us to come to a resolution on this, all the better; we'd all be happier. However, this depends on Capcom establishing a communication back with me so we can sort out payment, attribution, and anything else that might be reasonable and valuable so this wouldn't need to become a lawsuit. Even skipping the pre-trial settlement phase and getting right to the matter at hand, pre-suit settlement, is what I'm offering as the most ideal and respectable uses of our time efficencies.
Considering the timing of this e-mail and the upcoming holiday and Christmas time, if this isn't resolved before the new year, then you have my understanding.

-Fraser Bushnik

[Quoted text hidden]

---

**CAPCOM Legal Dept.** <●@capcom.com>    Thu, Jan 8, 2026 at 11:31 PM
To: Fraser Bushnik <fraser.bushnik@gmail.com>

Dear Mr. Bushnik,

Hello, we are Capcom Co., Ltd., the parent company of Capcom U.S.A., Inc.
We are writing in response to your email we received on November 10 2025, December 16 2025 and December 24 2025.


We would like to inform you that our character motion you pointed out (the M. Bison's movie of Street Fighter 6) does not use in any way your copyrighted work.

Character motions within our games are created utilizing motion capture technology, using motion capture studios.


Therefore, we are not in infringement of your copyrighted work.

We appreciate your understanding.


Thank you,

Capcom Co., Ltd.


[Quoted text hidden]