## Exhibit L - Glossary of Key Terms

**Fighting game**: a competitive video game genre primarily depicting two player-controlled combatants engaged in a one-on-one versus scenario, usually by the game rules of "best 2 out of 3" defining the player who wins two rounds out of potentially three rounds wins the whole match. Players enjoy the various options of play styles to choose from by selecting a character from the fighter roster available to the specific game.

**Initiating combatant**: the player-controlled game character depicted as playing an offense-oriented combat animation.

**Defender**: the other player-controlled game character depicted as the receiver to the initiating combatant.

**Strike**: a combat maneuver simulating a punch or a kick. Often accompanied by a mechanical game-effect known as "hit-stun", by which the initiating combatant gains a temporary advantage against the defender via a measure of time after the successful strike wherein the defender cannot immediately act.

**Special move**: within the 2D Fighting Game genre of video games, "special moves" are identifiable signature movements or combat technique animations that are often as uniquely expressable and original as the characters for which they are developed for, helping further flesh-out a character design while establishing exploitable familiarity.

**Base moveset**: the list of standard movements, strikes, grabs, and special moves available to the player character

**Guard**: also referrable as "blocking"; a defensive-oriented maneuver simulating prevention against incoming strikes, mechanically winning against an initiating combatant's offense via successful preemptive defense; often depicted as the defender raising their arms in front of their face (or other parts of their body) to protect themselves from incoming strikes.

Exhibit L                    Case No. 3:26-cv-00053                    Page 1 of 5

**Combo**: a series of successive unblocked strikes, often intermixed with special moves, taking advantage of the small window of time afforded after a successful strike to allow the initiating combatant to land another strike before the defender regains the ability to act.

**Grab**: also known as a throw; one character offensively grasps their arms and hands around the other character, leading to combative animation sequences such as the initiating combatant throwing the defender down to the ground or away. Differentiated from strikes by generally being unblockable, unlike a punch or kick which can be guarded against. Although unblockable, an anti-throw defensive mechanic exists (referred to as a "throw tech") which allows the defender to break out of the initiating combatant's grab after the grab has begun. An average grab animation and activation method can be described as four parts: (1) the initiating combatant plays an animation depicting reaching forward with their hands, (2) a game logic check occurs to determine if the defender is within reach of the initiating combatant's grab range, and (3) provided check passes, both the initiating combatant and defender play action and reaction animations simultaneously which visually depict the engagement of the successful throw, or (4) if the defender attempts a throw tech, defender instead animates as pushing the initiating combatant away and avoids being thrown, viewed as an unsuccessful throw.

**Hit-grab**: an established fighting game mechanic whereby a grabbing-throw follows first an animation movement which can be guarded or blocked against like a standard strike or punch, unlike the normal grab which ignores whether the defender is guarding. Furthermore, a hit-grab does not offer the defender an opportunity to break out of the grab via "throw tech" once and if the grab connects. An average hit-grab animation and activation method can be described as three parts: (1) the initiating combatant reaches forward, if even by seeming as a standard striking combat animation, (2) a game logic check occurs to determine if the defender is both within reach as well as not guarding, (3) provided check passes, both the initiating combatant and defender simultaneously play their respective animations to detail the depiction of a

Exhibit L                    Case No. 3:26-cv-00053              Page 2 of 5

succesful throw against the defender. If the game logic check reacts to the defender having guarded against the initial strike phase, then the defender successfully defended against the hit-grab.

**Launcher**: A combat mechanic whereby the initiating combatant causes the defender to be lifted ("launched") off the ground and into the air, through which the post-launcher state of the defender prevents any meaningful form of defense in blocking or dodging. In certain fighting games (such as Street Fighter V), this aerial defenseless state is also sometimes known as a "juggle" state, whereby the initiating combatant may combo successive strike animations towards the defender before the defender has reached the ground to recover to their fuller defenses, often that the defender is seeming to be juggled between successive hits which initially stay the defender from touching the ground.

*//**Hit effect**: The logical result of a strike upon a defender, determining how a reaction animation from the defender plays out:

    **knockback**: the defender is knocked away.

    **knockdown**: the defender is knocked away and laid across the ground on their back before they recover to a standing position.

    **side-switch**: initiating combatant and defender swap positioning, often useful for not being cornered against a wall.

    **off-the-ground bounce**: defender is cartoonishly bounced off the ground into the air to enable a following combo opportunity, similar to a launcher.

    **off-the-wall bounce**: cartoonishly bounced off a nearby wall to enable a following combo, similar to a launcher.*//

**Overdrive**: part of the base moveset, improves the effectiveness of a special move in Street Fighter 6.

**Drive Impact**: part of the base moveset, a defense-based striking maneuver in Street Fighter 6. For M. Bison, the animation is repurposed from his V-Shift Break animation from Street Fighter V.

**Psycho Power**: a familiar design element of M. Bison's character depiction, primarily displayed as Blue, Green, and Purple flame effects throughout the Street Fighter franchise.

**Psycho Crusher**: one of M.Bison's many legacy special moves across the Street Fighter franchise, depicted as a hands-outstretched forward-flying twisting drill-like fantasy movement with Psycho Power effects surrounding the character. Was not available to M. Bison in Street Fighter V (2016) until the 2018 V-Trigger 2 update, becoming an additional move to M.Bison via V-Trigger 2. In Street Fighter 6, the Overdrive Psycho Crusher would be an improved Psycho Crusher.

**Psycho Mine**: a new special move effect for M.Bison in Street Fighter V as of the addition of V-Trigger 2. Visually and mechanically behaves as M. Bison acting as the initiating combatant in a grab–throw scenario, whereby after grabbing the defender, M. Bison uses Psycho Power to imbue the defender in purple flame effects before releasing the defender; and for the duration thereafter from which the M. Bison player may "remotely detonate"–even from a distance—the previously applied purple flame effect to cause an explosive launcher against the defender, effectively turning the defender into a "psycho-power remote detonation mine" and lending to the naming convention.

**Backfist Combo**: the name of a new special move for M. Bison as of Street Fighter 6; M. Bison as the initiating combatant strikes the defender while simultaneously imbuing the Psycho Mine effect.

**V-Shift**: a defensive back-step dodging gameplay mechanic, designed to give a defender more options to deal with an aggressive initiating combatant. Added into Street Fighter V in February 2021.

Exhibit L                    Case No. 3:26-cv-00053                    Page 4 of 5

**V-Shift Break**: while enganging in V-Shift, continues to a counter-attack combat animation after the back-step dodge.

**V-Break**: Plaintiff's 2021 alteration such that the V-Shift Break combat animation is directly accessible as an offense-based combat gameplay mechanic without the necessity for V-Shift's defensive back-step dodging, aiding in a multitude of additional entertaining combos available to each character.

**V-Trigger**: an empowered state accessible to a play character over the duration of a versus match, whereby they may gain access to new movements or special moves which they did not have access to at the beginning of the match. First appeared in Street Fighter V (2016), followed by an additional choice V-Trigger 2 option in 2018; V-Trigger 2 offering a different selection of additional movements than V-Trigger 1.

*Plaintiff is aware the terminology used in Defendant's products could be inferenced as offensive or violent, however a course of imagination (and the safety within imagination) is a reasonable buffer separating potentials of fantasy violence from actual violence when combined with the computer-science lingo more aptly identified via game theory, game design, and computer engineering perspectives; further taking into consideration that fighting games featuring combat suggest to reasonably infer aggressive naming conventions for their terminology. Plaintiff suggests fantasy-violence in video games has no greater cause of offense than watching boxing matches; and evidently so as fighting game characters are not even real and can bear no actual harm upon each other, regardless of lifelike appearances by advancements in computer graphics. Defendant's Street Fighter series–having sold tens of millions of game units across the world, further with merchandising, films, and comic books—has earned a reasonable reputation as an established legacy branded multimedia franchise full of fans who are actively aware of the unrealistic and cartoony fantasy-inspired combat entertainment between the over-the-top designed characters.*

Exhibit L            Case No. 3:26-cv-00053            Page 5 of 5