Exhibit O

**Glassdoor is a popular, free job site and professional community where users anonymously share workplace insights, including company reviews, salary reports, CEO approval ratings, and interview questions; along with job search results.**
**Pictured is a Glassdoor search result for "game animator", showing general salaries.**





IGDA (International Game Developers Association) is a global non-profit supporting game creators through networking, professional development, and advocacy, with local chapters worldwide connecting developers of all levels.

Pictured is a screenshot of their Developer Satisfaction Survey, from 2023, also establishing common salaries within the game development industry.

