## Exhibit H:
## Chronology of M. Bison Depictions in Capcom Video Games

This chronology lists official Capcom video games featuring M. Bison (Vega in Japan), sorted chronologically by release year. It details his role (e.g., playable, boss, unlockable) based on verified rosters and gameplay data (sources: Capcom IR, Street Fighter Wiki, GameFAQs). This underscores the 33-year canon where no prior depiction included a single-handed abdomen lift with explosive upward launch, highlighting novelty and traceability in the infringement claim.

- **1991**: *Street Fighter II: The World Warrior* (Non-Playable Final Boss)
- **1992**: *Street Fighter II: Champion Edition* (Playable Antagonist)
- **1992**: *Street Fighter II: Hyper Fighting* (Playable Antagonist)
- **1993**: *Super Street Fighter II: The New Challengers* (Playable Antagonist)
- **1994**: *Super Street Fighter II Turbo* (Non-Playable Boss)
- **1995**: *Street Fighter Alpha: Warriors' Dreams* (Unlockable Playable Antagonist)
- **1995**: *Street Fighter: The Movie* (Non-Playable Boss)
- **1996**: *Street Fighter Alpha 2* (Playable Antagonist)
- **1996**: *Street Fighter EX* (Non-Playable Boss)
- **1996**: *X-Men vs. Street Fighter* (Playable Antagonist)
- **1997**: *Marvel Super Heroes vs. Street Fighter* (Playable Antagonist)
- **1997**: *Street Fighter EX Plus* (Playable Boss)
- **1997**: *Street Fighter EX Plus α* (Playable Boss)
- **1998**: *Street Fighter EX2* (Playable Antagonist)
- **1998**: *Street Fighter EX2 Plus* (Playable Antagonist)
- **1998**: *Street Fighter Alpha 3* (Playable Antagonist; Unlockable Final Boss Form)
- **2000**: *Street Fighter EX3* (Unlockable Hidden Boss Form)
- **2000**: *Marvel vs. Capcom 2: New Age of Heroes* (Playable Antagonist)
- **2000**: *Capcom vs. SNK: Millennium Fight 2000* (Playable Antagonist)
- **2001**: *Capcom vs. SNK 2: Mark of the Millennium 2001* (Playable Antagonist)
- **2003**: *Hyper Street Fighter II* (Playable Antagonist)
- **2004**: *Capcom Fighting Evolution* (Playable Antagonist)
- **2008**: *Street Fighter IV* (Playable Antagonist)
- **2010**: *Super Street Fighter IV* (Playable Antagonist)
- **2011**: *Super Street Fighter IV: 3D Edition* (Playable Antagonist)
- **2012**: *Street Fighter X Tekken* (Playable Antagonist)
- **2014**: *Ultra Street Fighter IV* (Playable Antagonist)
- **2016**: *Street Fighter V* (Playable Antagonist)
- **2017**: *Ultra Street Fighter II: The Final Challengers* (Playable Boss)
- **2018**: *Street Fighter 30th Anniversary Collection* (Playable Boss)
- **2023**: *Street Fighter 6* (Playable Antagonist as **2024** DLC)

**Notes**: Total: 31 games across 33 years (1991–2024). Roles emphasize M. Bison's consistent primary antagonist presence, establishing the character as a main villain through much of the franchise, with playability evolving from boss-only to unlockable/standard selectable, allowing players to take control of the character towards building specific awarenesses of fandom and identifiability in series special moves like Psycho Crusher, Double Knee Press, Devil's Reverse, Psycho Shot, and others).