# Exhibit C
## Original Publication Twitter/X post screenshot utilizing X Post Analytics



Exhibit C                    Case No. 3:26-cv-00053                    Page 1 of 1