# Exhibit D

## Upload Date of Shared Video hosted on Plaintiff's YouTube Channel





**Video Description on shared YouTube video, showing a hyperlink to Plaintiff's Discord channel originally used for logging development progress on the game modification project.**



Shared video with description showing discord channel

This is an example of the extent of additional features I intend to add for each character.
+An additional special attack or unique attack
+New "v-super" mechanic using 2 bars of v-gauge. V-super is currently bound to v-skill choice.
+For a few characters (Including Gouki): an additional Critical Art while active v-trigger.
+Repurposing "v-shift break" counter-attack into an engaging "v-break" offensive combo extension mechanic. (not shown in this video).

the additional "focus cancel" reminiscent of Street Fighter IV is currently only a unique maneuver for Gouki alone.


More examples for other characters can be found on my discord server:
discord.gg/VQfWzAxWrm
"#behind-the-scenes"

Since beginning development in February 2021, I have completed v-supers and v-breaks for 10 characters, while Gouki is the only "complete" character with the further additional basic moves. The extent of my work is 3D Animation, Camera direction, VFX direction, and using homebrew community tools to add these additional moves to the character movelists. These tools have existed since 2016, i believe. Based on the existing mod community for Street Fighter IV.

I would like to continue development of this. I feel it would work well as an officially branded "Super Street Fighter V", and have even created a mock logo, which can be found on my discord.
I feel a project like this could also afford Capcom more time to insure a future fighting game is filled with quality content, rather than needlessly replaying the uphill battle that was Street Fighter V's 2016 release
As it stands, If there is no honest interest from Capcom, I would only be able to release this as a "Super Mod" modification that only PC players might be able to enjoy. But I feel all players should be able to enjoy this in an official capacity, including playstation.

Perhaps this may at least be a resume and show of my qualities.