# Exhibit K:
## Street Fighter Multimedia Branding Timeline

This timeline lists official Capcom-branded or licensed multimedia milestones for the Street Fighter franchise, grouped by category and sorted chronologically within each. It provides a basic overview of the franchise's expansion into merchandising and content, demonstrating its branding scope across games, comics, anime/cartoons, films/live-action, merchandise, and other media.
Data drawn from public records (e.g., Capcom announcements, Wikipedia, Street Fighter Wiki).

**Games**
- 1987: Street Fighter
- 1991: Street Fighter II: The World Warrior
- 1993: Super Street Fighter II: The New Challengers
- 1994: Super Street Fighter II Turbo
- 1995: Street Fighter Alpha: Warriors' Dreams
- 1995: Street Fighter: The Movie
- 1996: Street Fighter Alpha 2
- 1996: Street Fighter EX
- 1996: X-Men vs. Street Fighter
- 1996: Super Puzzle Fighter II Turbo
- 1997: Street Fighter III: New Generation
- 1997: Street Fighter III: 2nd Impact
- 1997: Marvel Super Heroes vs. Street Fighter
- 1998: Street Fighter Alpha 3
- 1998: Street Fighter III: 3rd Strike
- 1998: Street Fighter EX2
- 1998: Marvel vs. Capcom: Clash of Super Heroes
- 1998: Super Gem Fighter Mini Mix
- 1999: Street Fighter EX3
- 1999: SNK vs. Capcom: The Match of the Millennium
- 2000: Marvel vs. Capcom 2: New Age of Heroes
- 2000: Capcom vs. SNK: Millennium Fight 2000
- 2001: Capcom vs. SNK 2: Mark of the Millennium 2001
- 2003: Hyper Street Fighter II
- 2003: SNK vs. Capcom: SVC Chaos
- 2004: Street Fighter Anniversary Collection
- 2004: Capcom Fighting Evolution
- 2006: Street Fighter Alpha Anthology
- 2008: Street Fighter IV
- 2008: Tatsunoko vs. Capcom: Cross Generation of Heroes

- 2010: Super Street Fighter IV
- 2010: Tatsunoko vs. Capcom: Ultimate All-Stars
- 2011: Super Street Fighter IV: 3D Edition
- 2012: Street Fighter X Tekken
- 2014: Ultra Street Fighter IV
- 2016: Street Fighter V
- 2017: Ultra Street Fighter II: The Final Challengers
- 2018: Street Fighter 30th Anniversary Collection
- 2020: Street Fighter V: Champion Edition
- 2023: Street Fighter 6

**Comics**
- 1991: Street Fighter II manhua (Hong Kong/Taiwan booklet series by Jade Dynasty; early adaptation)
- 1993: Street Fighter (Malibu Comics series; 3 issues, canceled; Western adaptation)
- 1994: Super Street Fighter II: Cammy Gaiden manga (by Masahiko Nakahira; 7 chapters in Shonen Sunday; Viz English 1997)
- 1994: Street Fighter: The Battle for Shadaloo (DC Comics; film adaptation tie-in)
- 1995: Street Fighter II manga (by Masaomi Kanzaki; 3 vols by Tokuma; Viz English 1996)
- 1995: Street Fighter Alpha manga (by Masahiko Nakahira; UDON English as Street Fighter Zero)
- 1997: Street Fighter: Sakura Ganbaru! manga (by Masahiko Nakahira; 2 vols; UDON English; introduces Karin)
- 1998: Street Fighter Zero 3 (Brazilian 4-issue series by Marcelo Cassaro)
- 1999: Street Fighter III: Ryu Final manga (by Masahiko Nakahira; 2 vols; UDON 2008)
- 2003: UDON Street Fighter series (licensed; Alpha/Super II focus; 19 issues; retcons continuity)
- 2005: UDON Street Fighter II (12 issues; tournament arc)
- 2005: UDON Street Fighter: Eternal Challenge (art/history book; first English Capcom series overview)
- 2006: UDON Street Fighter Legends: Sakura (5-issue mini)
- 2008: UDON Street Fighter II: Turbo (12 issues)
- 2009: UDON Street Fighter Legends: Chun-Li (10 issues)
- 2011: UDON motion comics (DVDs based on Round One issues; Hulu 2014)
- 2014: UDON Street Fighter × G.I. Joe (crossover mini; allies with Cobra)
- 2014: Archie Worlds Unite (Mega Man/Sonic crossover)
- 2016: UDON Street Fighter Legends revival (2016 mini)
- 2024: UDON Street Fighter Unlimited (ongoing; ties to SF6)
- Ongoing (2005-Present): UDON full catalog (Legends minis, Miles of Fighters anthologies)

### Anime/Cartoons
- 1994: Street Fighter II: The Animated Movie (theatrical OVA by Group TAC; English dub 1995; influences Alpha designs)
- 1995: Street Fighter II V (TV series by Group TAC; 29 eps on Yomiuri TV; English dubs by Manga/ADV)
- 1995: Street Fighter (American animated series by InVision; 26 eps on USA Network 1995-97; Guile-focused)
- 2008: Street Fighter IV: The Ties That Bind (OVA by Studio 4°C; Collector's Edition bonus)
- 2009: Super Street Fighter IV OVA (35-min Juri origin; Xbox Collector's voucher)
- 2014: Street Fighter: Resurrection (Machinima series; 5 eps)

### Films/Live-Action
- 1994: Street Fighter (Universal live-action film dir. Steven de Souza; stars Jean-Claude Van Damme; $2.2M budget, global release)
- 2009: Street Fighter: The Legend of Chun-Li (20th Century Fox; dir. Andrzej Bartkowiak)
- 2010: Street Fighter: Legacy (live-action short; Ryu/Ken focus)
- 2014: Street Fighter: Assassin's Fist (Machinima web series; Ryu/Ken origins)

### Merchandise
- 1993: Hasbro Street Fighter II toy line (GI Joe subline; action figures of Ryu, Chun-Li, etc.; first major U.S. merch)
- 1995: Bandai toy line (Japan; figures tied to SFII/Alpha; expands to global in 2000s)
- 2006: SOTA Collectibles statues/figures (1:6 scale Ryu, Bison; high-end resin)
- 2010: Mezco Toyz figures (detailed 6-inch scale; Ryu, Bison waves)
- 2014: Funko Pop! vinyls (Ryu, Chun-Li; expands to Bison)
- Ongoing (2000s-Present): Bandai Namco/Shank/Bluefin toy lines (S.H.Figuarts, Robot Spirits; apparel via Hot Topic/Uniqlo)

### Other
- 1994: Street Fighter: The Storytelling Game (White Wolf RPG; books like Secrets of Shadaloo)
- 1998: Street Fighter ZERO3 Drama Album (CD audio drama)
- 2004: Street Fighter: Capcom World Tournament (unreleased d20 RPG demo; ties to shared universe)
- 2007: Sabertooth Universal Fighting System (UFS) card game (Street Fighter set; expansions like World Warriors)
- 2015: Blood Brothers 2 (mobile RPG crossover event)
- 2017: Power Rangers Legacy Wars (mobile; Rita alliance)
- 2018: Power Rangers Legacy Wars: Street Fighter Showdown (mobile expansion)

**Notes**: This exhibit illustrates the franchise's growth from 1987 arcade roots to a 33+ year branding ecosystem (55M+ game units sold by 2024), with expansions into diverse media for consumer engagement. Total entries: 50+ milestones.
Sources: Capcom IR, Wikipedia, Street Fighter Wiki, UDON site.