**Exhibit P:** A selection of screenshots and merchandise from various *Street Fighter* games within the history of Defendants' franchise, showing the maintenance and value branding identity for "Special Moves", different than the characters' standard martial arts combat punching and kicking techniques.



Ryu (left) performing one of the Street Fighter series' iconic special moves, "Hadouken", stepping forward with hands outstretched to throw a blue magic fireball
**Street Fighter II (1991)**



Ryu (left) performing the Hadouken special move
**Street Fighter Alpha 2 (1996)**



Ryu (left) performing the Hadouken special move
**Street Fighter III: New Generation (1997)**



Ryu (left) performing the Hadouken special move
**Street Fighter IV (2008)**



in **Street Fighter V (2016)**



in **Street Fighter 6 (2023)**



Licensed playmat designed for card games; features branding merchandising artwork graphic of Ryu performing the Hadouken, alongside the sequential directional button-input command to historically use the move within the Street Fighter game franchise.
**Street Fighter V Ryu Hadouken Playmat** by **Kessler Corporation**



Licensed toy statue; a series of toys featuring the iconic Street Fighter II characters performing one of their identifiable special moves: pictured, Ryu performing the Hadouken
**Ryu Street Fighter Fully Licensed LED Light and Sound Figure** by **Tier1 Accessories**



An official Capcom merchandise listing for a graphic sweater featuring the game artwork from Street Fighter II of Ryu performing the Hadouken



Licensed poseable Action Figure of Ryu, including swappable open-hand positioning and Hadouken blue fireball intended to be pieced together and posed together
**Street Fighter II Ryu 6-inch action figure** by **Jada Toys**

Branding and merchandising



*M. Bison (left) performing one of the Street Fighter series iconic special moves, "Psycho Crusher", flying horizontally with limbs outstretched surrounded by a magic fire effect*
**Street Fighter II: Champion Edition (1992)**



*M. Bison (left) performing Psycho Crusher*
**Street Fighter Alpha (1995)**



*M. Bison (left) performing Psycho Crusher in* **Capcom vs. SNK: Millenium Fight 2000**; *worth noting, besides Street Fighter 6, this is the only iteration of the character and the move which leads to a variant, whereby M. Bison transitions into throwing the opponent behind himself after the Psycho Crusher connects with the opponent character; a utility which Defendants did not use from their own history for Street Fighter 6*



*M. Bison (left) performing Psycho Crusher*
**Ultra Street Fighter IV (2014)**