# FOR THE UNITED STATES DISTRICT COURT OF

# NEVADA,

# RENO

**case no.:** 3:26-cv-00053

## REQUEST FOR CONSIDERATION OF IDENTITY PROTECTION IN RECORDS

I, Fraser Bushnik , formally request the court to handle with due diligence and care, the prevention or redaction of general public transmission and revealing of certain identifying elements of this complaint in:

(1) Plaintiff's name and address in documents ,

(2) Copyright Registration Number in documents (offering reverse-search lookup by Name, Address, or Copyright No.) ,

(3) Sections (2) & (3) of this request ,

on grounds of potential high-value money rewards or settlements, insuring in-part that Plaintiff's home address be not shown in easily-discoverable internet searches relating to this case (if/that any may exist when proceedings might), so Plaintiff might continue to maintain a peaceful and private home without inviting internet-inclined strangers potentially interested in targeted high-value theft.

Signed,

Dated: February 10, 2026