# FOR

# THE DISTRICT COURT OF NEVADA
# RENO

# A LETTER TO THE COURT

## on proceeding In Forma Pauperis and request of summons

Hello, I am Fraser Bushnik, the plaintiff in the case *Bushnik v. Capcom et al*. I hope to extend some possible apology if the wording of my case or my letter might have seemed rough or offensive. I had unintentionally developed a dissatisfactory hatred about the defendants in my case because of the concerningly serious personal nature of their direct inspiration by my work, alongside their inappropriate personal investment in copying my efforts, and it had been an unreasonable stressor in the few communications I've had about this case. My twitter account is also not a normative indicator of the largest part of my personal life, and there only exists a few points about my twitter I'd like to clarify if necessary:

I am not normally a "power user" or social-media influencer of twitter, as I rarely used twitter before 2021 and would have sincerely preferred to stop using it after I stopped working on the enhancenent modification for that game and company I was interested in at the time. I would have had possibly 5~10 followers from various internet strangers by the time of the beginning of my project, and had garnered up to ~84 followers by the time I stepped away from the project, and my account wasn't much of a soapbox or call-for-action as it instead primarily started as a personal twitter account while only for a handful of months had become more like a "personal" public advertising/development documentation account, before returning to essentially basically just a personal twitter account after August 1st, 2021. Over the course of the next couple of years after that, I became sorely fixated onto posting to twitter against my normal quiet and laid-back nature, and I virtually stopped receiving interactions from my 84 or so followers who seemed to

really have only been like-minded Street Fighter fans, likely because I was no longer developing the enhancement modification, dwindling down to about 50 followers by 2024. At some point that I was uncertain and uncomfortable about who many of these internet strangers or followers must have seemed to be, given they were not engaging in any interaction with my posts after 2021, I decided to force their accounts to stop following my account, which was a normal account feature, and in a day I deliberately chose to go from 50 followers to 0 followers. I am not too concerned with assumptions of specific value in social media or trying to accumulate a lot of internet followers for fame (i don't personally have much of an opinion or interest in social media websites, preferring calm home privacy and normal interactions) other than, of all so many simulated job roles which I undertook for myself to work on my project, a social-media influencer/advertiser would have definitely been my least practiced or educated role. The opinions on the account are my own and not generally shared by others, and I would have been posting rude opinions sometimes, however by the evidence of absent interactions therefore I wasn't exactly a menace and was instead being very aware that most of those rude posts were being cast out into a virtual abyss, even if I might not want to happily or easily admit to the potential possibility a belief that someone from defendants' company may have been silently eyeballing my account or the discord channel I managed which also had development videos. I am unsure to believe I must keep my twitter account public unless any specific links from my copyright complaint would be reasonably available to the honorable Miranda Du or to the court, and unless requested then I will enjoy to set my account to "private" until such times may be, and I've made some efforts to have other backup videos or links available within the evidence that aren't just the direct URL references to the originally public twitter posts.

I am a normal adjusted person and fully capable of behaving proper and well even if necessary to defend my case and my certainties via my pro se self-representation, and I mean no insult from my prior letter to the court if I seemed to express disinterest in a possible court proceeding for this case. Obviously, that the court would do good work and that the court does good work, it is necessary that this complaint exists and to be seen.

I have filed to proceed in forma pauperis for my limited means, and provided the IFP application is acceptable, then I would request the U.S. Marshals be tasked with service of summons to Capcom USA inc. headquartered in California. As Capcom Co. Ltd. in Japan may be, by my own best guesses, the primary defendant responsible for the actual copying of the work involved, then short of a potentially involved investment of utilizing Hague convention rules for suit against foreign corporations; and that Capcom USA inc. is the functioning arm of distribution and marketing for Capcom Co. Ltd.'s Japanese products within the United States, then I do further request that Capcom USA inc. be allowed to represent Capcom Co. Ltd. and a second copy of the suit be deliverable on behalf of Capcom Co. Ltd. to Capcom USA inc. ; or that from the availability of communication access to legal representatives of Capcom Co. Ltd. by e-mail—as has already been established via my correspondance records—a process of digital summons via e-mail notification to ip@capcom.com , the aforementioned e-mail address by which self-proclaimed legal representatives of Capcom Co. Ltd. had previously responded to me.

Sincerely,

Fraser Bushnik
775-530-9109
fraser.bushnik@gmail.com
ichibanfridge@gmail.com

dated:  March 12, 2026