# FOR

# THE DISTRICT COURT OF NEVADA

# RENO

# STATUS UPDATE REQUEST

### *Bushnik v. Capcom USA Inc. et al*

Good Morning, Your Honor. I am submitting this update request to determine the status of the case. I have filed both IFP and forms for potentially tasking U.S. Marshalls to serve the defendant Capcom USA headquarted in California, but such potential tasking would be dependant on the IFP being granted. This case, originally filed January 26th, 2026, has yet to be updated with confirmation whether the IFP and U.S. Marshall request were acknowledged, which are necessary steps towards service and the continuity of the case.

Thank you for your consideration,

Fraser Bushnik, pro se

775-530-9109

fraser.bushnik@gmail.com

ichibanfridge@gmail.com

dated:__April 23, 2026_____