HOWARD & HOWARD ATTORNEYS PLLC

W. West Allen, Esq.
Nevada Bar No. 5566
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: wwa@h2law.com
Email: jwf@h2law.com

Michelle Mariott, Esq.
Will comply with LR IA 11-2 within 14 days
ĕrise IP
7015 College Boulevard, Suite 700
Overland Park, KS 66211
Telephone: (913) 777-5600
Email: michelle.mariott@eriseIP.com

*Attorneys for Defendants*
*Capcom U.S.A., Inc. and Capcom, Co., Ltd.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| FRASER BUSHNIK,<br><br>             Plaintiff,<br>      v.<br><br>CAPCOM U.S.A., INC. and<br>CAPCOM CO., LTD.,<br><br>             Defendants. | Case No. 3:26-cv-00053-MMD-CLB<br><br>**ORDER GRANING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSE TO COMPLAINT**<br><br>[ECF No. 20] |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Local Rule IA 6-1, and Local Rule IA 6-2, Plaintiff Fraser Bushnik ("Plaintiff") and Defendants Capcom U.S.A., Inc. and Capcom Co., Ltd. (together "Defendants") hereby agree and stipulate to extend the time for Defendants to file and serve their response to the Complaint by thirty (30) days, from June 11, 2026 to July 13, 2026.

Good cause exists for the requested extension of time so that Defendants may more thoroughly investigate the factual and legal assertions made in Plaintiff's Complaint's prior to

1

filing and serving their answer or other response to the Complaint.[1]  This is the first request for an extension of time for Defendants to answer or otherwise respond to the Complaint.

**IT IS SO AGREED AND STIPULATED:**

FRASER BUSHNIK

By: /s/Frank Bushnik
7569 Gold Drive
Reno, NV 89506
Telephone: (775) 530-9109
Email: fraser.bushnik@gmail.com

*Plaintiff, Pro Se*

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/Jonathan W. Fountain
W. West Allen, Esq.
Nevada Bar No. 6655
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Email: wwa@h2law.com
Email: jwf@h2law.com

-and-

ĕrise IP
Michelle Mariott, Esq.
Will comply with LR IA 11-2 within 14 days
7015 College Boulevard, Suite 700
Overland Park, KS 66211
Telephone: (913) 777-5600
Email: michelle.mariott@eriseIP.com

*Attorneys for Defendants*
*Capcom U.S.A., Inc. and Capcom, Co., Ltd.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 11, 2026 _____

---

[1] Defendant Capcom Co., Ltd, a Japanese corporation, disputes that it has been adequately served with process in this action, and states that nothing in this stipulation or any other filing should be deemed a waiver of its right to legally challenge insufficient service of process or any other defect.

HOWARD & HOWARD ATTORNEYS PLLC