**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

FRASER BUSHNIK,

Plaintiff,

v.

C APCOM USA, INC., *and* CAPCOM CO., LTD.,

Defendants.

Case No. 3:26-CV-00053-MMD-CLB

**ORDER STRIKING PLAINTIFF'S NOTICE REGARDING DISCOVERY**

[ECF No. 39]

On August 17, 2026, Plaintiff Fraser Bushnik filed a notice titled "Plaintiff Notice for Proof of Service for Discovery Submitted to Defendants." (ECF No. 39.) However, discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule IC 1-1(c)(12), 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents or notices relating to discovery on the docket in the future absent a Court order that they do so.

**IT IS SO ORDERED**.

**DATED**: August 18, 2026.

**UNITED STATES MAGISTRATE JUDGE**